IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOSEAN TARTILLAS JONES, )
)
    Petitioner, )
) CIVIL ACTION NO. 09-00059-WS
vs. ) CRIMINAL NO. 06-00074-WS
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be, and the same hereby is, **DENIED**. Petitioner is not entitled to a Certificate of Appealability.

**DONE** this 20th of January, 2012.

                      s/WILLIAM H. STEELE
                      CHIEF UNITED STATES DISTRICT JUDGE